UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE HEJDUK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SPIN MASTER CORP., and SPIN MASTER, INC.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00093-DAD-SAB<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(ECF No. 9)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Spin Master Corp. and Spin Master Inc.'s response to the complaint shall be filed on or before March 13, 2017.

IT IS SO ORDERED.

Dated: __**February 10, 2017**__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE