Ryan D. Evans (SBN: 295600)
revans@winston.com
Scott J. Fishwick (SBN: 308661)
sfishwick@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700; Fax:  (213) 615-1750

Ronald Y. Rothstein *(Admitted pro hac vice)*
rrothstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601
Telephone:  (312) 558-7464; Fax:  (312) 558-5700

Attorneys for Defendants
SPIN MASTER CORP., SPIN MASTER INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE HEJDUK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SPIN MASTER CORP., and SPIN MASTER, INC.,<br><br>Defendants. | Case No.  1:17-cv-00093-DAD-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

     Plaintiff JODIE HEJDUK ("Plaintiff") and Defendants SPIN MASTER, CORP and SPIN MASTER, INC. ("Defendants") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

     WHEREAS, Plaintiff filed this action on January 19, 2017;

     WHEREAS, pursuant to Local Rule 6-144(a), the Parties previously stipulated to, and the Court ordered, an extension of time to respond to Plaintiff's complaint;

     WHEREAS, Defendants' responsive pleading is currently due on March 13, 2017;

1

1  WHEREAS, good cause exists to extend the deadline for Defendants to respond
2  to Plaintiff's complaint in that the parties are currently engaged in productive
3  settlement discussions and exchanging settlement demands in an effort to avoid
4  further litigation;

5  WHEREAS, the Parties require additional time to engage in settlement
6  negotiations;

7  IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and
8  Defendants, on the other, that Defendants shall have an extension of 15 days to
9  answer, move, or otherwise respond to Plaintiff's complaint to and including March
10  28, 2017.

Dated: March 6, 2017                        WINSTON & STRAWN LLP


By:  /s/ Ryan D. Evans
     Ronald Y. Rothstein
     Ryan D. Evans
     Scott J. Fishwick
     Attorneys for Defendants
     SPIN MASTER CORP.
     SPIN MASTER INC.

Dated: March 6, 2017                        GERAGOS & GERAGOS, APC


By:  /s/ Mark J. Geragos
     Mark J. Geragos
     Ben J. Meiselas
     Eric Y. Hahn
     Attorneys for Plaintiffs

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to March 28, 2017.

IT IS SO ORDERED.

Dated:   **March 6, 2017**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28