Ryan D. Evans (SBN: 295600)
revans@winston.com
Scott J. Fishwick (SBN: 308661)
sfishwick@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700; Fax: (213) 615-1750

Ronald Y. Rothstein *(Admitted pro hac vice)*
rrothstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7464; Fax: (312) 558-5700

Attorneys for Defendants
SPIN MASTER CORP., SPIN MASTER INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE HEJDUK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SPIN MASTER CORP., and SPIN MASTER, INC.,<br><br>Defendants. | Case No. 1:17-cv-00093-DAD-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

Plaintiff JODIE HEJDUK ("Plaintiff") and Defendants SPIN MASTER CORP. and SPIN MASTER, INC. ("Defendants") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 19, 2017;

WHEREAS, the Parties entered into two prior stipulations extending the time for Defendants to respond to Plaintiff's Complaint;

WHEREAS, Defendants' responsive pleading is currently due today, March 28, 2017;

1

1  WHEREAS, good cause exists to extend the deadline for Defendants to respond
2  to Plaintiff's Complaint in that the parties believe they are very close to reaching a
3  final agreement to fully and completely resolve this matter;
4  WHEREAS, the Parties are diligently working in good faith to complete
5  negotiations of a final settlement agreement;
6  WHEREAS, the Parties agree that the time for Defendants to respond to
7  Plaintiff's Complaint shall be extended by 7 days in order to permit a final resolution
8  to be reached;
9  IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and
10 Defendants, on the other, that Defendants shall have an extension of 7 days to answer,
11 move, or otherwise respond to Plaintiff's Complaint to and including April 4, 2017.

Dated:  March 28, 2017              WINSTON & STRAWN LLP


                                    By:  /s/ Scott J. Fishwick
                                         Ronald Y. Rothstein
                                         Ryan D. Evans
                                         Scott J. Fishwick
                                         Attorneys for Defendants
                                         SPIN MASTER CORP.
                                         SPIN MASTER INC.

Dated:  March 28, 2017              GERAGOS & GERAGOS, APC


                                    By:  s/s Mark J. Geragos
                                         Mark J. Geragos
                                         Ben J. Meiselas
                                         Eric Y. Hahn
                                         Attorneys for Plaintiffs

# **ORDER**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to April 4, 2017.

IT IS SO ORDERED.

Dated:   **March 28, 2017**

UNITED STATES MAGISTRATE JUDGE