Ryan D. Evans (SBN: 295600)
revans@winston.com
Scott J. Fishwick (SBN: 308661)
sfishwick@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700; Fax: (213) 615-1750

Ronald Y. Rothstein *(Admitted pro hac vice)*
rrothstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7464; Fax: (312) 558-5700

Attorneys for Defendants
SPIN MASTER CORP., SPIN MASTER INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODIE HEJDUK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SPIN MASTER CORP., and SPIN MASTER, INC.,<br><br>Defendants. | **Case No. 1:17-cv-00093-DAD-SAB**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

Plaintiff JODIE HEJDUK ("Plaintiff") and Defendants SPIN MASTER CORP. and SPIN MASTER, INC. ("Defendants") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 19, 2017;

WHEREAS, the Parties have entered into multiple prior stipulations extending the time for Defendants to respond to Plaintiff's Complaint in order to permit the Parties to pursue settlement;

WHEREAS, good cause exists to extend the deadline for Defendants to respond to Plaintiff's Complaint in that the parties have prepared a written settlement agreement but counsel for Plaintiff

has indicated that he is unavailable today and needs the weekend to review the proposed settlement agreement;

WHEREAS, counsel for Plaintiff has requested that the Court allow Defendants until Monday, April 10, 2017 to respond to Plaintiff's Complaint in order to allow time to finalize the settlement agreement;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, that Defendants shall have an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint to and including April 10, 2017.

Dated: April 7, 2017

WINSTON & STRAWN LLP

By: /s/ Scott J. Fishwick
Ronald Y. Rothstein
Ryan D. Evans
Scott J. Fishwick
Attorneys for Defendants
SPIN MASTER CORP.
SPIN MASTER INC.

Dated: April 10, 2017

GERAGOS & GERAGOS, APC

By: s/s Mark J. Geragos
Mark J. Geragos
Ben J. Meiselas
Eric Y. Hahn
Attorneys for Plaintiffs

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to April 10, 2017.

IT IS SO ORDERED.

Dated:   **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE